IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| DOLORES FUCILE and GILBERT FUCILE,  )<br>  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>DELHAIZE AMERICA, LLC, et al.,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 12-575 |

**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)(1)(A)(ii)**

In light of the settlement between the parties of all claims in the above case on January 25, 2013 and the subsequent execution of a Full and Final Confidential Settlement Releases of all Claims and Indemnity Agreement by all parties, it is hereby stipulated by and between counsel for the Plaintiffs, Dolores Fucile and Gilbert Fucile, counsel for Defendants, Delhaize America, LLC, that the above captioned case may be DISMISSED WITH PREJUDICE pursuant to F.R.C.P. 41(a).

| Rawle & Henderson, LLP | Goldberg, Persky & White, P.C. |
|---|---|
| By: /s/ Charles Buechel, Esquire | By: /s/ Holly L. Deihl |
| CHARLES BUECHEL, ESQUIRE<br>535 Smithfield St., Suite 1000<br>Pittsburgh, PA 15222<br>Attorneys for Defendants | HOLLY L. DEIHL, ESQUIRE<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219<br>Attorneys for Plaintiffs |

**ORDER OF COURT**

AND NOW, to wit, this _14_ day of _March_, 2013, IT IS SO ORDERED.

_____
The Honorable Gary L. Lancaster
United States District Judge